UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

EDWARD ALLEN STEWARD,

           Plaintiff,

  v.

KIRKLAND POLICE DEPARTMENT,

           Defendant.

Case No. C25-5701-JLR-MLP

REPORT AND RECOMMENDATION

Plaintiff Edward Allen Steward has submitted to the Court for filing a prisoner civil rights complaint under 42 U.S.C. § 1983 along with an application to proceed *in forma pauperis* ("IFP"). (Dkt. ## 5, 5-1.) Plaintiff alleges in his proposed complaint that, sometime after he was taken into custody by the Washington Department of Corrections in June 2022, Defendant Kirkland Police Department retrieved his property from his residence and later disposed of it. (Dkt. # 5-1 at 4-6.)

Pursuant to 28 U.S.C. § 1915A, the Court is required to review Plaintiff's proposed complaint to determine if he has stated any cognizable claims for relief in his pleading. After screening Plaintiff's proposed complaint, this Court determined that Plaintiff had not stated any claim upon which relief could be granted. Thus, on September 2, 2025, the Court issued an Order

REPORT AND RECOMMENDATION - 1

1  directing Plaintiff to show cause why his complaint and this action should not be dismissed.
2  (Dkt. # 6.) The Court explained in the Order to Show Cause that the Kirkland Police Department
3  was not a proper defendant and, in any case, because the City of Kirkland provides an adequate
4  statutory remedy for wrongful deprivation of property, any claim pertaining to Plaintiff's lost
5  property does not rise to the level of a constitutional violation cognizable under § 1983. (*Id.* at 2-
6  4.)

7      Plaintiff has not filed any response to the Order to Show Cause. This Court concludes
8  that Plaintiff has failed to state a claim upon which relief may be granted under § 1983.
9  Accordingly, this Court recommends as follows:

10      (1)    Plaintiff's proposed complaint (dkt. # 5-1) and this action be DISMISSED,
11  without prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B), and this
12  dismissal be counted as a strike under 28 U.S.C. § 1915(g); and

13      (2)    Plaintiff's IFP application (dkt. # 5) be DENIED as moot.

14      A proposed order accompanies this Report and Recommendation.

15      Objections to this Report and Recommendation, if any, should be filed with the Clerk and
16  served upon all parties to this suit not later than **fourteen (14) days** from the date on which this
17  Report and Recommendation is signed. Failure to file objections within the specified time may
18  affect your right to appeal. Objections should be noted for consideration on the District Judge's
19  motions calendar **fourteen (14) days** from the date they are filed. Responses to objections may
20  be filed by **the day before the noting date**. If no timely objections are filed, the matter will be
21  ready for consideration by the District Judge on **October 29, 2025**.

22      The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and
23  to the Honorable James L. Robart.

Dated this 8th day of October, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 3