1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

8

EDWARD ALLEN STEWARD,

9

Plaintiff,

10

v.

11

KIRKLAND POLICE DEPARTMENT,

12

Defendant.

Case No. C25-5701-JLR-MLP

ORDER

13

14     Having reviewed the Report and Recommendation of the Honorable Michelle L.

15 Peterson, United States Magistrate Judge and the relevant portions of the record, and having

16 received no objections to the Report and Recommendation, the Court finds and ORDERS:

17     (1)    The Court ADOPTS the Report and Recommendation (dkt. # 7).

18     (2)    Plaintiff's proposed complaint (dkt. # 5-1) and this action are DISMISSED,

19 without prejudice, under 28 U.S.C. § 1915A(b)(1) and 28 U.S.C. § 1915(e)(2)(B), and this

20 dismissal counts as a strike under 28 U.S.C. § 1915(g); and

21     (3)    Plaintiff's IFP application (dkt. # 5) is DENIED as moot.

22 //

23 //

ORDER - 1

1   (4)  The Clerk is directed to send copies of this Order to Plaintiff and to Judge

2 Peterson.

3   Dated this <u>31st</u> day of October, 2025.

4

5

6                                                               

7                                     James L. Robart<br>                                     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER - 2